UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHARLES DEGNAN and SUSAN RICCI
DEGNAN,
            Plaintiffs,

v.

WHEELABRATOR WESTCHESTER, L.P.,
and HELFRICH BROTHERS BOILER
WORKS, INC.,
            Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 8681 (VB)

      On December 2, 2022, plaintiff's counsel improperly filed several discovery documents on the ECF docket. (See Docs. ##13, 15, 16, 17, 18).[1]  However, plaintiff's counsel did not, and to date has not, filed a notice of appearance in this action. By December 12, 2022, plaintiff's counsel must file his notice of appearance.

      Counsel for defendant Helfrich Brothers Boiler Works, Inc., is directed to serve this Order, as well as the Notice of Initial Conference (Doc. #9) on plaintiff's counsel by email by tomorrow, December 9, 2022, and to file proof of such service on the ECF docket by same date.

      The parties are reminded the deadline for counsel to complete and file on the ECF docket a proposed Civil Case Discovery Plan and Scheduling Order is today. (See Doc. #9 at ECF 1).

      The initial conference in this action remains scheduled for December 15, 2022, at 12:00 p.m., to proceed in person at the White Plains Courthouse, Courtroom 620.

Dated: December 8, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] After plaintiff's first improper filing, the Court issued an Order directing plaintiff not to file discovery documents unless in connection with a motion or application. (Doc. #14). Nonetheless, plaintiff continued to improperly file discovery documents.